STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN W. BAKO, an individual, <br><br> Plaintiff <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, a Nevada Public Governmental Entity; BRUCE CLARK, an individual; DOES Individuals I through XX, inclusive; and ROE Corporations and Business Entities I through XX, inclusive, <br><br> Defendants | CASE NO. 2:25-cv-01030-CDS-MDC <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

COMES NOW Plaintiff, JOHN W. BAKO, by and through his attorneys of record STEVEN T. JAFFE, ESQ. of HALL JAFFE, LLP, and Defendants, CLARK COUNTY SCHOOL DISTRICT and BRUCE CLARK, by and through their counsel of record, CRYSTAL J. PUGH, ESQ., and BETTY J. FOLEY, ESQ., of CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL, and hereby respectfully submit this Stipulation and Order, as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that any opposition or response to Defendants' Motion to Dismiss Plaintiff's Complaint [ECF No. 6] shall be due on August 1, 2025;

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that any reply brief shall be due on August 8, 2025.

This request for an extension is sought because counsel for Plaintiff is starting a two-week trial in case number A-20-826741-C, in Department 27, the Eighth Judicial District Court, Department 27, Judge Mendoza, on Monday, July 7, 2025. Trial preparation has been all consuming for counsel and he has been unable to complete Plaintiff's opposing brief.

The parties stipulate that this circumstance constitutes good cause for the relief sought.

| HALL JAFFE, LLP | CLARK COUNTY SCHOOL DISTRICT |
|---|---|
| By: */s/ Steven T. Jaffe*<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorney for Plaintiff* | By: */s/ Betty J. Foley*<br>CRYSTAL J. PUGH, ESQ.<br>Nevada Bar No. 12396<br>BETTY J. FOLEY, ESQ.<br>Nevada Bar No. 14517<br>5100 W. Sahara Avenue<br>Las Vegas, NV 89146<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
Cristina D. Silva
United States District Judge

Dated: July 7, 2025

2